Certificate Number: 17082-PAM-DE-040161410

Bankruptcy Case Number: 25-02537



17082-PAM-DE-040161410

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2025, at 8:00 o'clock AM MST, LARRY L WOLFE Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 4, 2025  By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director