United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Larry L. Wolfe, Jr.  
    Debtor

Case No. 25-02537-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 10, 2025      Form ID: ntcnfhrg      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Larry L. Wolfe, Jr., 1009 Dianne Drive, Waynesboro, PA 17268-8520 |
| 5740142 | + | MDJ Duane K. Cunningham, 401 South Washington Street, Greencastle, PA 17225-1337 |
| 5740143 | + | Member's First, 6280 Carlisle Pike, Mechanicsburg, PA 17050-2305 |
| 5740146 | + | Park's Garbage Service, PO Box 7117, Charleston, WV 25356-0117 |
| 5740148 |   | Prothonotary, Franklin County, 157 Lincoln Way East, Chambersburg, PA 17201 |
| 5740151 | + | Sports Inn, 50 Pine Drive, Greencastle, PA 17225-9456 |
| 5740154 | + | US Department of Education, PO Box 7859, Madison, WI 53707-7859 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 18:55:50 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5740136 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 18:45:31 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5740683 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 10 2025 18:56:07 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5740137 |   | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 10 2025 18:45:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5740138 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 10 2025 18:56:07 | Citibank (P), PO Box 790034, Saint Louis, MO 63179-0034 |
| 5740139 |   | Email/Text: mrdiscen@discover.com | Oct 10 2025 18:39:00 | Discover (P), PO Box 3025, New Albany, OH 43054-3025 |
| 5740140 |   | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 10 2025 18:39:00 | Gold Medal Environmental, c/o Sunrise Credit Services, PO Bos 9004, Melville, NY 11747-9004 |
| 5742325 |   | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 18:45:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5740141 | + | Email/Text: dht@pacollections.com | Oct 10 2025 18:39:00 | Lending Club/Acc. Inventory Mgmt, c/o Demetrios H. Tsarouhis, Esquire, 21 S. 9th Street, Allentown, PA 18102-4861 |
| 5740144 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 18:39:00 | PA Department of Revenue (P), Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5740145 | ^ | MEBN | Oct 10 2025 18:36:37 | PA Turnpike Commission, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 5740779 |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA |

| | | | | |
|---|---|---|---|---|
| 5740147 | + | Email/PDF: ebnotices@pnmac.com | Oct 10 2025 18:45:39 | 17128-0946<br>Pennymac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5740149 | ^ | MEBN | Oct 10 2025 18:36:47 | Ratchford Law Group, 54 Glenmaura National Blvd, Ste 104, Moosic, PA 18507-2161 |
| 5740150 | + | Email/Text: Banko@frontlineas.com | Oct 10 2025 18:39:00 | SOFI Bank National, c/o Frontline Assest Strategies, 2700 Snell Ave. N., Ste 450, Saint Paul, MN 55113-2261 |
| 5740153 | ^ | MEBN | Oct 10 2025 18:36:29 | UPMC Primary Care, c/o Arcadia Recovery Bureau, PO Box 6768, Reading, PA 19610-0768 |
| 5740152 | + | Email/Text: BAN140310@UCBINC.COM | Oct 10 2025 18:39:00 | United Collection Bureau, Inc, PO Box 140310, Toledo, OH 43614-0310 |
| 5740155 | + | Email/Text: ngisupport@radiusgs.com | Oct 10 2025 18:39:00 | Wells Fargo Bank, N.A., c/o Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5740156 | | Email/Text: ebn@americollect.com | Oct 10 2025 18:39:00 | Wellspan Medical Group, c/o Americollect, PO Box 1505, Manitowoc, WI 54221-1505 |
| 5740157 | + | Email/Text: pitbk@weltman.com | Oct 10 2025 18:39:00 | Weltman, Weinberg & Reis, Two Allegheny Center Nova Tower 2, Suite 1302, Pittsburgh, PA 15212-5411 |
| 5740158 | | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 10 2025 18:39:00 | Xfinity Mobile, c/o CCS, PO Box 55126, Boston, MA 02205-5126 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Owen | on behalf of Debtor 1 Larry L. Wolfe Jr. amy@thesnyderlawoffice.com, shannon@thesnyderlawoffice.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Larry L. Wolfe Jr.,

**Debtor 1**

Chapter 13

Case No. 1:25−bk−02537−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 12, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 19, 2025 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 10, 2025 |

ntcnfhrg (08/21)