IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 25-02537-HWV |
| | ) | |
| LARRY L. WOLFE, JR., | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | HONORABLE JUDGE |
| | ) | HENRY W. VAN ECK |

## NOTICE OF ADDRESS CHANGE

Please note that the address for SOFI Bank National c/o Frontline Asset Strategies requires a change. It is as follows:

SOFI Bank National
c/o Frontline Asset Strategies, LLC
9550 Regency Square Blvd Ste 500
Jacksonville, FL 32225-8169

Respectfully submitted,

Date: December 16, 2025

/s/ Amy L. Own
Amy L. Owen
Attorney for the Debtor
261 Lincoln Way East
Chambersburg, PA 17201
(717) 414-7242

PA I.D. No. 313760